UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHY A. FERRELL,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant,<br><br>   v.<br><br>SSAOGC,<br><br>        Interested Party. | Case No. 10-cv-353-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision thereon,

IT IS HEREBY ORDERED AND ADJUDGED that the final decision of Defendant Commissioner of Social Security to deny Plaintiff Kathy Ferrell's application for disability benefits is affirmed.

NANCY ROSENSTENGEL

By:s/Deborah Agans, Deputy Clerk

**Date: January 12, 2011**

**Approved:**   s/ J. Phil Gilbert           **EOD:** _____
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**